# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA IN THE
INTEREST OF MINOR CHILDREN:
H.H AND A.H.

NO.  2025 CW 1194

**DECEMBER 19, 2025**

---

In Re:    Nicholas Ryan Holt, applying for supervisory writs,
          Juvenile Court, Parish of East Baton Rouge, No. 121,868.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT